UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 99-20932


INTEGRATED GPS TECHNOLOGIES, INC., a Texas Corporation,

Plaintiff-Appellant,

v.

CHICAGO MAP CORPORATION, an Illinois Corporation,

Defendant-Appellee.


On Appeal From the United States District Court
For the Southern District of Texas
(H-97-CV-4063)

September 18, 2000

Before WOOD,[*] DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

After reviewing the record and considering the briefs and argument of counsel, we conclude that the district court correctly granted judgment to Chicago Map Corporation as a matter of law under Fed. R. Civ. P. 50(a).

AFFIRMED.

---

[*]Circuit Judge of the Seventh Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.